UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mj-03167-Louis

UNITED STATES OF AMERICA

vs.

MAVILEY RIVERO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

BY: _____
    SHANE R. BUTLAND
    ASSISTANT UNITED STATES ATTORNEY
    Court ID No. A5502525
    99 N.E. 4th Street, 6th Floor
    Miami, Florida 33132-2111
    TEL: (305) 961-9123
    FAX: (305) 530-4699

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>MAVILEY RIVERO,<br><br>*Defendant(s)* | Case No.  19-mj-03167-Louis |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 22, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Theft of Stolen Mail Matter |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Gomez, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/23/2019

_____
*Judge's signature*

City and state:  Miami, Florida

Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Luis F. Gomez, having been first duly sworn, depose and state as follows:

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"), assigned to the Miami Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I have been a postal inspector since July 2013 and have been assigned to the Miami Division since December 2017. Between July 2013 and December 2017, I was assigned to the San Juan Field Office in the Newark Division.

2. This affidavit is submitted in support of a criminal complaint charging MAVILEY RIVERO with the theft of mail from residential mail receptacles, in violation of Title 18, United States Code, Section 1708. The information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities. Since this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me or other law enforcement officers involved in this investigation.

3. On or about July 22, 2019, at approximately 8:00 p.m., police officers from the Hialeah Police Department responded to a CVS pharmacy, located at 1525 West 49th Street, Hialeah, Florida, in response to a 911 call from a witness who observed two subjects, a man and a woman, on bicycles, stealing mail from residential mailboxes on West 53rd Street in Hialeah, Florida. The witness observed the subjects walk into the CVS. Law enforcement officers met the eyewitness outside the CVS. As the subjects, one of whom was MAVILEY RIVERO, exited the CVS, the witness positively identified both subjects as the individuals the witness observed taking mail from residential mailboxes on West 53rd Street.

4. Law enforcement officers observed pieces of mail sticking out of a black purse that MAVILEY RIVERO was carrying. Law enforcement officers searched the purse and recovered from the black purse approximately twenty-five pieces of mail addressed to three different addresses on West 53rd Street in Hialeah, Florida (1456 West 53rd Street, 1460 West 53rd Street, and 1456 West 53rd Court). MAVILEY RIVERO was arrested and transported to the Hialeah Police Department.

5. At the Hialeah Police Department, MAVILEY RIVERO waived her Miranda rights and spoke with law enforcement officers. During the post-Miranda interview, MAVILEY RIVERO admitted that she took all of the pieces of mail in her purse from the residential mailboxes because she thought the residences were in foreclosure or abandoned.

6. Based upon the information contained in this affidavit, I believe that probable cause exists to believe that MAVILEY RIVERO stole from a letter box, mail receptacle, and other authorized depository for mail matter, any letter and mail, in violation of Title 18, United States Code, Section 1708.

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

_____
LUIS F. GOMEZ
U.S. POSTAL INSPECTOR
U.S. POSTAL INSPECTION SERVICE

Sworn to and subscribed before me
this 23rd day of July 2019,
in Miami, Florida.

_____
JUDGE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE